1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5  ALEXANDRA SHEPARD (CABN 205143)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-6767
8      FAX: (415) 436-7234
       Alexandra.Shepard2@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-20-0190 JD |
|---|---|
| Plaintiff, | ) STIPULATION TO RESCHEDULE INITIAL STATUS CONFERENCE AND EXCLUDE TIME FROM JULY 29, 2020 TO SEPTEMBER 23, 2020 AND ORDER |
| v. | |
| GEOFFREY MARK PALERMO, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Geoffrey Palermo that the initial status conference in this case be rescheduled until September 23, 2020 at 10:30 a.m.  The parties also stipulate that time be excluded under the Speedy Trial Act from July 29, 2020 through September 23, 2020.

The government has produced, and will continue to produce, discovery in this case.  The parties agree that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery.  For this reason, the parties stipulate and agree that excluding time until September 23, 2020 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO EXCLUDE TIME AND ORDER Case No.
CR-20-0190                                                                                                       v. 7/10/2018

the time from July 29, 2020 through September 23, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  July 15, 2020                              /s/                              
Alexandra Shepard
Special Assistant United States Attorney

DATED:  July 15, 2020                              /s/                              
Matthew Jacobs
Counsel for Defendant Geoffrey Palermo

ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from July 29, 2020 through September 23, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 29, 2020 to September 23, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 29, 2020 through September 23 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv), and that the initial status conference in this case shall be rescheduled to September 23, 2020 at 10:30 a.m.

IT IS SO ORDERED.

DATED: July 15, 2020                              
Honorable James Donato
United States District Judge

STIPULATION TO EXCLUDE TIME AND ORDER Case No.
CR-20-0190                                                                                                         v. 7/10/2018