DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-190 JD |
|     Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
|   v. | |
| GEOFFREY MARK PALERMO, | |
|     Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Christiaan Highsmith appears as lead counsel in this matter in substitution of AUSA Katie Wawrzyniak. Future ECF notices should be sent to Assistant United States Attorney Highsmith with the following contact information: Christiaan Highsmith, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102-3495, Email: Christiaan.highsmith@usdoj.gov. AUSA Katie Wawrzyniak should be removed from the list of persons to be noticed.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 14, 2020 | Respectfully submitted, |
| 3 | | DAVID L. ANDERSON |
| 4 | | United States Attorney |
| 5 | | |
| 6 | | _____/S/_____ |
|   | | CHRISTIAAN HIGHSMITH |
| 7 | | Assistant United States Attorney |

NOTICE OF SUBSTITUTION OF COUNSEL      2                                  v. 11/1/2018
20-CR-190 JD