```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  ALEXANDRA SHEPARD (CABN 205143)
    NOAH STERN (CABN 297476)
 5  Assistant United States Attorney

 6       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 7       Telephone: (415) 436-7200
         FAX: (415) 436-7234
 8       Alexandra.Shepard@usdoj.gov
         Noah.Stern@usdoj.gov
 9
    Attorneys for United States of America
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. CR 20-00190 |
| | ) | CR 21-00187 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT REQUEST FOR STATUS** |
| | ) | **CONFERENCE DATE** |
| GEOFFREY MARK PALERMO, and | ) | |
| ADAN ROLDAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | )\ | |
| | ) | |
| | ) | |

Pursuant to the Court's order at docket numbers 50 and 77 in the above captioned cases, the United States, Keker, Van Nest & Peters LLP, and Geoffrey Mark Palermo have conferred to select a

//
//

1  status conference date.  The parties jointly request that a status conference be set in Mr. Palermo's case
2  for May 2, 2022 at 10:30 a.m.

4  DATED: April 18, 2022                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney


                                            /s/
                                            ALEXANDRA SHEPARD
                                            NOAH STERN
                                            Assistant United States Attorneys



                                            KEKER, VAN NEST & PETERS LLP


                                            /s/
                                            ELLIOT PETERS
                                            ELIZABETH MCCLOSKEY




                                            /s/
                                            GEOFFREY M. PALERMO

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that a status conference in the above captioned case be scheduled for Defendant Geoffrey Mark Palermo for May 2, 2022 at 10:30 a.m. in Courtroom 11, 450 Golden Gate Avenue, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED:  April 21, 2022

HON. JAMES DONATO
United States District Judge