1

2

3

4                     UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    USA,                                  Case No.  20-cr-00190-JD-1  (JCS)

                     Plaintiff.
8                                          **INITIAL ORDER FOR**
                                           **REIMBURSEMENT OF COST OF**
9          v.                              **COURT-APPOINTED COUNSEL**

10   GEOFFREY MARK PALERMO,

                     Defendant.
11

12   USA,                                  Related Case No. 3:21-cr-00187-JD-1 (JCS)

                     Plaintiff.
13

14         v.

15   GEOFFREY MARK PALERMO,

16                   Defendant.

17

18         Geoffrey Mark Palermo, is a Defendant in this criminal matter.  The Court has found

19   Defendant eligible for appointment of counsel under the Criminal Justice Act, and has further

20   found that Defendant has sufficient assets to make partial payment for the representation.

21         IT IS HEREBY ORDERED that Defendant shall pay the United States District Court for

22   the Northern District of California the amount of $2000.00 per month towards the cost of

23   representation from now until the conclusion of this case.  The first payment shall begin on May 1,

24   2023.  The check shall be made payable to "Clerk, United States District Court" and mailed to

25   United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue., San Francisco, CA

26   94102.  Please reference the above case numbers on your check.

27         IT IS HEREBY FURTHER ORDERED that a hearing be conducted at the conclusion of

28   this case to determine whether Defendant shall reimburse the United States District Court or the

_United States District Court_
_Northern District of California_

1    Northern District of California for all or parts of the cost of the court-appointed counsel herein.

2           IT IS SO ORDERED.

3    Dated:  April 19, 2023

4                                                                    _____

5                                                                    JOSEPH C. SPERO
                                                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California